UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JCK LEGACY COMPANY,

               Debtor,

ALBERTO COLT-SARMIENTO,

               Appellant,

-*against*-

YALE SCOTT BOGEN, *in his capacity as Successor Trustee of the JCK Legacy GUC Recovery Trust*,

               Appellee.

**ORDER**
25 Civ. 3727

Ramos, D.J.:

      Appellant Alberto Colt-Sarmiento, who proceeds *pro se* and *in forma pauperis*, filed the instant appeal on May 5, 2025, seeking review of a March 21, 2025 Bankruptcy Court order denying his motion to amend, reconsider, or obtain relief from a previous Bankruptcy Order disallowing his proof of claim. *See* Doc. 1 at 5–6. On June 27, 2025, this Court issued an order setting the following briefing schedule for the appeal: Appellant brief due by July 28, 2025; Appellee brief due by August 27, 2025; Appellant reply brief due by September 10, 2025. Doc. 3. To date, Mr. Colt-Sarmiento has not filed his brief.

      On August 22, 2025, Appellee Yale Scott Bogen filed a motion to dismiss the appeal or, in the alternative, to modify the above scheduling order to stay its deadline to oppose any brief. Docs. 6, 7. Bogen moves to dismiss on grounds that Mr. Colt-

Sarmiento has failed to timely file a designation and statement, or an opening brief. *See generally id.*[1] He argues that, to avoid dismissal, Mr. Colt-Sarmiento would have to demonstrate "excusable neglect" for the failure to timely file these documents. Doc. 7 at 6.

Mr. Colt-Sarmiento is directed to file a designation and statement, as well as his opening brief, by September 24, 2025. If he does so, Bogen shall file any opposition by October 22, 2025, and Mr. Colt-Sarmiento shall file a reply by November 5, 2025. If Mr. Colt-Sarmiento does not do so, the appeal will be dismissed.

SO ORDERED.

Dated: August 25, 2025
New York, New York

EDGARDO RAMOS, U.S.D.J.

---

[1] Bogen provides that, pursuant to Federal Rules of Bankruptcy Procedure 8009(a)(1) and 8002, Mr. Colt-Sarmiento was required to serve "a designation of the items to be included in the record on appeal and statement of the issues to be presented" upon the GUC Recovery Trustee on April 22, 2025. Doc. 7 at 7.