UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JCK LEGACY COMPANY,

              Debtor.

ALBERTO COLT-SARMIENTO,

              Appellant,

-*against*-

YALE SCOTT BOGEN, *in his capacity as Successor Trustee of the JCK Legacy GUC Recovery Trust*,

              Appellee.

**ORDER**
25 Civ. 3727

Ramos, D.J.:

    Alberto Colt-Sarmiento, who proceeds *pro se* and *in forma pauperis*, filed the instant appeal on May 5, 2025, seeking review of a March 21, 2025 Bankruptcy Court order denying his motion to amend, reconsider, or obtain relief from a previous order disallowing his proof of claim. *See* Doc. 1 at 5–6. On June 27, 2025, this Court issued an order directing Colt-Sarmiento to serve and file his brief by July 28, 2025. Doc. 3. He failed to do so.

    On August 22, 2025, Yale Scott Bogen filed a motion to dismiss the appeal due to Colt-Sarmiento's failure to abide by the Court-imposed deadline or, in the alternative, to modify the scheduling order to stay its deadline to oppose any brief. Docs. 6, 7. Bogen argued that Colt-Sarmiento had failed to file both a designation and statement of issues as

well as an opening brief. *Id.* On August 22, 2025, the Court extended the deadline to file these documents until September 24, 2025, and warned Colt-Sarmiento that failure to meet this deadline would result in the appeal being dismissed. Doc. 8. On September 16, 2025, Colt-Sarmiento wrote the Court asking for an additional extension due to delays receiving mail while incarcerated. Doc. 10. Accordingly, the Court extended the deadline, this time until October 24, 2025. Again, Colt-Sarmiento failed to file a brief by the deadline. Doc. 12. On October 31, 2025, Bogen wrote the Court, requesting that the Court grant Bogen's motion to dismiss, given Colt-Sarmiento's continued failure to file a designation and statement or an opening brief. Doc. 13.

On November 7, 2025 Colt-Sarmiento's designation and statement was docketed, and on November 10, 2025, his certificate of service for the designation and statement was docketed. Docs. 14, 15. While both documents were received by the Pro Se Office on November 7, 2025, Colt-Sarmiento's certificate of service notes that it was sent on October 24, 2025. *Id.* The Court therefore considers this filing timely.

However, Colt-Sarmiento has still not filed an opening brief. Colt-Sarmiento is directed to file his opening brief by December 11, 2025. If he does so, Bogen shall file any opposition by January 8, 2026, and Colt-Sarmiento shall file a reply by January 22, 2026. If Colt-Sarmiento does not do so, the appeal may be dismissed.

SO ORDERED.

Dated: November 17, 2025
New York, New York

_____
Edgardo Ramos, U.S.D.J.

2