**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
In re:

JCK LEGACY COMPANY,

                          Debtor.
--------------------------------------------------------------------X
 ALBERTO COLT-SARMIENTO,

                          Appellant,                                        25 **CIVIL** 3727 (ER)

              -against-                                                    **JUDGMENT**


YALE SCOTT BOGEN, in his capacity
as Successor trustee of the JCK Legacy
GUC Recovery Trust,

                          Appellee.
--------------------------------------------------------------------X


        It is, **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated December 22, 2025, Bogen's motion to dismiss is

GRANTED; accordingly, the case is closed.


**Dated:**  New York, New York
         December 29, 2025

                                                      **TAMMI M. HELLWIG**
                                              _____
                                                         **Clerk of Court**

                                   **BY:**        K. Mango
                                              _____
                                                         **Deputy Clerk**