UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JCK LEGACY COMPANY,

                                        Debtor.

_____

ALBERTO COLT-SARMIENTO,

                        Appellant,

        – against –

YALE SCOTT BOGEN, *in his capacity
as Successor trustee of the JCK Legacy
GUC Recovery Trust*,

                        Appellee.

**ORDER**

25-cv-3727 (ER)

RAMOS, D.J.:

        Alberto Colt-Sarmiento, incarcerated and proceeding *pro se* and *in forma
pauperis*, filed the instant appeal on May 5, 2025, seeking review of a March 21, 2025
order from the United States Bankruptcy Court for the Southern District of New York.
*See* Doc. 1.  On February 27, 2026, Colt-Sarmiento filed a motion to recuse Bogen as
trustee.  Doc. 28.  Bogen is directed to respond by March 24, 2026.

It is SO ORDERED.

Dated:    March 3, 2026
          New York, New York

                                        _____
                                        Edgardo Ramos, U.S.D.J.