UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JCK LEGACY COMPANY,

                            Debtor.

ALBERTO COLT-SARMIENTO,

                            Appellant,

         – against –

YALE SCOTT BOGEN, *in his capacity as Successor trustee of the JCK Legacy GUC Recovery Trust*,

                          Appellee.

**ORDER**

25-cv-3727 (ER)

RAMOS, D.J.:

       Alberto Colt-Sarmiento, incarcerated and proceeding *pro se* and *in forma pauperis*, filed the instant appeal on May 5, 2025, seeking review of a March 21, 2025 order from the United States Bankruptcy Court for the Southern District of New York. *See* Doc. 1. On February 27, 2026, Colt-Sarmiento filed a motion to recuse Bogen as trustee. Doc. 28. Bogen filed an opposition motion on March 24, 2026. Doc. 30. Colt-Sarmiento is directed to file a reply brief by April 15, 2026. If Colt-Sarmiento does not file a reply by that deadline, the Court will consider the motion to recuse fully briefed.

It is SO ORDERED.

Dated:    March 25, 2026
          New York, New York

                                     Edgardo Ramos, U.S.D.J.