UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JCK LEGACY COMPANY,

                        Debtor.

ALBERTO COLT-SARMIENTO,

                        Appellant,

      *– against –*

YALE SCOTT BOGEN, *in his capacity as Successor trustee of the JCK Legacy GUC Recovery Trust*,

                        Appellee.

**ORDER**

25-cv-3727 (ER)

RAMOS, D.J.:

    Alberto Colt-Sarmiento, incarcerated and proceeding *pro se* and *in forma pauperis*, filed the instant appeal on May 5, 2025, seeking review of a March 21, 2025 order from the United States Bankruptcy Court for the Southern District of New York. *See* Doc. 1.  After several deadline extensions, on February 27, 2026, the Court set the following briefing schedule for Colt-Sarmiento's opening brief:  opening brief due March 31, 2026; Bogen's opposition due April 28, 2026; Colt-Sarmiento's reply due May 26, 2026.  Doc. 27.

    On April 6, 2026, Bogen filed a motion requesting that the appeal be dismissed as Colt-Sarmiento had yet to file his opening brief, despite the March 31 deadline.  Doc. 33. On April 7, 2026, Colt-Sarmiento's opening brief was docketed, though the brief was dated March 31, 2026.  Doc. 36.  The Court therefore considers the opening brief timely.

As stated in the Court's February 27 order, Bogen is directed to file an opposition to the opening brief by April 28, 2026, and Colt-Sarmiento is directed to file any reply by May 26, 2026.   The Clerk of Court is respectfully directed to terminate the motion, Doc. 33.

It is SO ORDERED.

Dated:    April 9, 2026
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.

2