UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

JCK LEGACY COMPANY,

                                  Debtor.

———————————————————

ALBERTO COLT-SARMIENTO,

                          Appellant,

          – against –

YALE SCOTT BOGEN, *in his capacity
as Successor trustee of the JCK Legacy
GUC Recovery Trust*,

                          Appellee.

**ORDER**

25-cv-3727 (ER)

RAMOS, D.J.:

Alberto Colt-Sarmiento, incarcerated and proceeding *pro se* and *in forma pauperis*, filed the instant appeal on May 5, 2025, seeking review of a March 21, 2025 order from the United States Bankruptcy Court for the Southern District of New York. *See* Doc. 1.  The March 21, 2025 bankruptcy court order denied of a motion to reopen the record or reconsider a past bankruptcy court order.  *In re: JCK Legacy Company, et al.*, No. 20-10418 (MEW) (Doc. 1606).

On February 27, 2026, Colt-Sarmiento filed a motion to recuse Bogen as trustee, Doc. 28, which Bogen opposed on March 24, 2026, Doc. 30.  On March 25, 2026, the Court directed Colt-Sarmiento to file any reply brief in support of his motion to recuse Bogen by April 15, 2026.  Doc. 31.

On April 7, 2026, Colt-Sarmiento filed an opening brief in this action.  Doc. 26.  On April 9, 2026, the Court directed Bogen to file an opposition to the opening brief by

April 28, 2026, and for Colt-Sarmiento to file a reply in support of his opening brief by May 26, 2026.  Doc. 37.  In a letter dated April 15, 2026, Colt-Sarmiento objects to the April 15, 2026 deadline for his reply brief and requests that the Court to "extend time back to the original" deadline of May 26, 2026.  Doc. 39.

To be clear, there are two pending motions in the instant action:  Colt-Sarmiento's motion to recuse Bogen as trustee and Colt-Sarmiento's opening brief concerning the appeal of the March 21, 2025 bankruptcy court order.  Docs. 28, 36.  With respect to the motion for recusal, Bogen has already filed an opposition, Doc. 30, and Colt-Sarmiento has missed the April 15, 2026 deadline for filing his reply, *see* Doc. 31.  With respect to the appeal, the Court directed Bogen to file an opposition by April 28, 2026, and Colt-Sarmiento to file a reply by May 26, 2026.  *See* Doc. 37.  Neither of those deadlines have yet passed.

Due to Colt-Sarmiento's *pro se* status, the Court directs Colt-Sarmiento to file one joint reply brief in support of both his motion to recuse Bogen as trustee and his opening brief by May 26, 2026.[1]  If Colt-Sarmiento does not file the joint reply by May 26, 2026, the Court will consider both the motion to recuse and the opening brief fully briefed.

It is SO ORDERED.

Dated:   April 24, 2026
         New York, New York

_____
         Edgardo Ramos, U.S.D.J.

---

[1] This deadline assumes that Bogen will timely file his opposition to Colt-Sarmiento's opening brief by April 28, 2026.

2